# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-cr-3 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RALPHAEL E. PINER, | : | |
| Defendant. | : | |

## ORDER

Upon request of the United States of America, it is ordered that a detention hearing is set for February 8, 2023 at 3:30 p.m. before United States Magistrate Judge Peter B. Silvain, Jr., via GoToMeeting.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

February 3, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge